```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  08/17/2022

           CENTRAL DISTRICT OF CALIFORNIA
           BY:      AP       DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:22-cr-00205-RGK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [8 U.S.C. §§ 1326(a), (b)(1): Alien Found in the United States Following Deportation] |
| JOSE CEJA-MENDOZA, aka "Jose Mendoza Ceja," | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(1)]

On or about January 13, 2022, defendant JOSE CEJA-MENDOZA, also known as "Jose Mendoza Ceja," an alien, who had been officially deported and removed from the United States on or about August 19, 2012; August 30, 2012; June 9, 2014; February 16, 2017; June 10, 2017; July 3, 2017; and September 26, 2017, was found in Riverside County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated

successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for one or more of the following felonies:

1. Carrying a Concealed Weapon in a Vehicle, in violation of California Penal Code Section 25400(a)(1), in the Superior Court for the State of California, County of Riverside, case number INF1401153, on or about December 18, 2015;

2. Carrying a Concealed Weapon, in violation of California Penal Code Section 25400(a)(2), in the Superior Court for the State of California, County of Riverside, case number INF1401153, on or about December 18, 2015;

3. Driving Under the Influence of Alcohol and a Drug, in violation of California Vehicle Code Section 23152(a), in the Superior Court for the State of California, County of Riverside, case number INF1401153, on or about December 18, 2015; and

4. Driving Under the Influence of Alcohol, in violation of California Vehicle Code Section 23152(b), in the Superior

///
///

Court for the State of California, County of Riverside, case number INF1401153, on or about December 18, 2015.

A TRUE BILL

/S/
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief,
Riverside Branch Office

BYRON R. TUYAY
Assistant United States Attorney
Riverside Branch Office